UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK HOWARTH, individually, and LINDA GOTTFREDSON, individually,<br><br>              Plaintiffs,<br><br>     v.<br><br>COTTONWOOD H.C., dba COTTONWOOD HEALTCARE CENTER; NORTH AMERICAN HEAL CARE, INC.; JOHN SORENSEN; JAMES ELLIS-SHERINIAN; KAREN NIVISION; RITA HERNANDEZ; and DOES 1 through 50, inclusive,<br><br>              Defendants. | Case No. 2:15-CV-00409 MCE-CKD<br><br>**RELATED CASE ORDER** |
| JANET ZAGON, et al.,<br><br>              Plaintiffs,<br><br>     v.<br><br>SUMMERVILLE AT HAZEL CREEK, LLC, et al.,<br><br>              Defendants. | Case No. 2:15-CV-00387-JAM-AC |
| EDWARD GOLDMAN, by and through his successor-in-interest, JUDY GOLDMAN, and JUDY GOLDMAN, individually,<br><br>              Plaintiffs,<br><br>     v. | Case No. 2:15-CV-00432-GEB-DAD |

1

```
CARMICHAEL CARE AND REHABILITATION )
CENTER, SUN HEALTHCARE GROUP,      )
INC., SUNBRIDGE HEALTHCARE CORP.,  )
REGENCY HEALTH SERVICES, INC.,     )
CARMICHAEL CARE, INC., dba         )
ROSEWOOD TERRACE CARE AND          )
REHABILITATION, NORTH AMERICAN     )
HEALTH CARE, INC., JOHN SORENSEN,  )
and DOES 1 through 50, inclusive,  )
                                   )
              Defendants.          )
                                   )
```

Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 123 (E.D. Cal. 2005). Accordingly, the assignment of the matters to the same judge and magistrate judge is likely to affect a substantial savings of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that these actions are assigned to the same judge and magistrate judge; no consolidation of the actions is effected.  Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the actions denominated 2:15-CV-00409-MCE-CKD and 2:15-CV-00432-GEB-DAD, be reassigned to Judge John A. Mendez and Magistrate Judge Allison Claire for all further proceedings, and any dates currently set in this reassigned case _only_ are hereby VACATED.  Henceforth, the caption on documents filed in the reassigned cases shall be shown as 2:15-CV-00409-JAM-AC and 2:15-CV-00432-JAM-AC.

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to

compensate for this reassignment.

    IT IS SO ORDERED.

DATED:  March 6, 2015

                                              /s/ John A. Mendez_____
JOHN A. MENDEZ
United States District Court Judge