UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND K. PIERCE, et al.,<br><br>    Plaintiffs,<br><br> v.<br><br>CARMICHAEL CARE, INC., a Nevada corporation, et al.,<br><br>    Defendants. | Case No. 2:15-CV-00398 GEB-KJN<br><br>**<u>RELATED CASE ORDER</u>** |
| JANET ZAGON by and through her successor-in-interest, et al.,<br><br>    Plaintiffs,<br><br> v.<br><br>SUMMERVILLE AT HAZEL CREEK, LLC dba EMERITUS AT HAZEL CREEK, et al.,<br><br>    Defendants. | Case No. 2:15-CV-00387 JAM-AC |
| JACK HOWARTH, individually, et al.,<br><br>    Plaintiffs,<br><br> v.<br><br>COTTONWOOD H.C., INC. dba COTTONWOOD HEALTHCARE CENTER, et al.,<br><br>    Defendants. | Case No. 2:15-CV-00409 JAM-AC |
| EDWARD GOLDMAN, by and through his success-in-interest, et al.,<br><br>    Plaintiffs,<br><br> v.<br><br>CARMICHAEL CARE AND REHABILITATION CENTER, et al.,<br><br>    Defendants. | Case No. 2:15-CV-00432 JAM-AC |

1    Examination of the above-entitled actions reveals that these
2 actions are related within the meaning of Local Rule 123 (E.D. Cal.
3 2005). Accordingly, the assignment of the matters to the same judge
4 and magistrate judge is likely to affect a substantial savings of
5 judicial effort and is also likely to be convenient for the
6 parties.
7    The parties should be aware that relating the cases under
8 Local Rule 123 merely has the result that these actions are
9 assigned to the same judge and magistrate judge; no consolidation
10 of the actions is effected.  Under the regular practice of this
11 court, related cases are generally assigned to the judge and
12 magistrate judge to whom the first filed action was assigned.
13    IT IS THEREFORE ORDERED that the action denominated 2:15-CV-
14 00398 GEB-KJN be reassigned to Judge John A. Mendez and Magistrate
15 Judge Allison Claire for all further proceedings, and any dates
16 currently set in this reassigned case <u>only</u> are hereby VACATED.
17 Henceforth, the caption on documents filed in the reassigned cases
18 shall be shown as 2:15-CV-00398 JAM-AC.
19    IT IS FURTHER ORDERED that the Clerk of the Court make
20 appropriate adjustment in the assignment of civil cases to
21 compensate for this reassignment.
22    IT IS SO ORDERED.
23 Dated:  March 24, 2015            /s/ John A. Mendez_____
                                     JOHN A. MENDEZ
24                                   United States District Court Judge

2