EDWARD P. DUDENSING (STATE BAR NO. 182221)
Ed@dudensinglaw.com
*The Law Office*
1414 K Street, Suite 470
Sacramento, CA 95814
Telephone:   +1-916-448-6400
Facsimile:    +1-916-448-6401

NORMAN C. HILE (STATE BAR NO. 57299)
nhile@orrick.com
MARC A. LEVINSON (STATE BAR NO. 57613)
malevinson@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, California 95814-4497
Telephone:   +1-916-447-9200
Facsimile:    +1-916-329-4900

Attorneys for Plaintiffs
Judy Goldman and Judy Goldman, individually

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| EDWARD GOLDMAN, by and through his successor-in-interest, JUDY GOLDMAN, and JUDY GOLDMAN, individually,<br><br>Plaintiff(s),<br><br>v.<br><br>CARMICHAEL CARE AND REHABILITATION CENTER, SUN HEALTHCARE GROUP, INC., SUNBRIDGE HEALTHCARE CORP., REGENCY HEALTH SERVICES, INC., CARMICHAEL CARE, INC. dba ROSEWOOD TERRACE CARE AND REHABILITIATION, NORTH AMERICAN HEALTH CARE, INC., JOHN SORENSEN, and DOES 1 through 50, inclusive,<br><br>Defendant(s). | Case No. 2:15-cv-00432- JAM-AC<br><br>**STIPULATION TO EXTEND DEADLINE TO SUBMIT JOINT STATUS REPORT FROM APRIL 27, 2015 TO JULY 6, 2015; ORDER**<br><br>Date:  May 6, 2015<br>Time:  9:30 a.m.<br>Ctrm:  6, 14th Floor<br>Judge: Hon. John A. Mendez |

**RECITALS**

The Court's Order Requiring Joint Status Report [Dkt. No. 7] (the "Order") compels the Plaintiffs and the Defendants (together, the "Parties") to submit a joint status report within 60 days of the February 24, 2015 removal of this action.  As a result, the deadline for the Parties to submit a joint status report is April 27, 2015.

Plaintiffs filed a Motion to Remand ("Motion") on March 23, 2015.  Plaintiffs selected a hearing date of May 6, 2015, the earliest available hearing date on the Court's calendar. Defendants oppose the Motion.

The Court's ruling on the Motion may render the submission of a joint status report moot, because if the Court grants the Motion, no joint status report will be necessary.

In order to avoid unnecessary expense, the Parties wish to extend the deadline for submitting a joint status report from April 27, 2015 to and including July 6, 2015 (60 days after the May 6 hearing on the Motion).  This is the first request for an extension of this deadline.

**STIPULATION**

The Parties hereby stipulate to an extension of the deadline for submitting a joint status report from April 27, 2015 to and including July 6, 2015.

Dated: April 6, 2015

EDWARD P. DUDENSING
Law Offices of Edward P. Dudensing

NORMAN C. HILE
MARC A. LEVINSON
Orrick, Herrington & Sutcliffe LLP

By:  */s/ Norman C. Hile*
NORMAN C. HILE
Attorneys for Plaintiffs

Dated: April 6, 2015

KRIKOR J. MESHEFEJIAN
Levene, Neale, Bender, Yoo & Brill L.L.P.

By: */s/ Krikor J. Meshefejian* (as authorized on 4/6/15)
KRIKOR J. MESHEFEJIAN
Attorneys for Defendants

1   **GOOD CAUSE HAVING BEEN SHOWN**, the Court orders that the deadline for the
2   Parties to submit a joint status report be extended from April 27, 2015, to and including July 6,
3   2015.
4   **IT IS SO ORDERED.**
5
6   Dated:   April 6, 2015                                                          /s/ John A. Mendez_____
                                                                                    Hon. John A. Mendez
7                                                                                   United States District Court Judge