UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD GOLDMAN, by and through his successor-in-interest, JUDY GOLDMAN; and JUDY GOLDMAN, individually,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>CARMICHAEL CARE AND REHABILITATION CENTER; SUN HEALTHCARE GROUP, INC.; SUNBRIDGE HEALTHCARE CORP.; REGENCY HEALTH SERVICES, INC.; CARMICHAEL CARE, INC., dba ROSEWOOD TERRACE CARE AND REHABILITATION; NORTH AMERICAN HEALTH CARE, INC.; JOHN SORENSEN; and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | No.　2:15-cv-00432 JAM AC<br><br>**ORDER GRANTING PLAINTIFFS'**<br>**MOTION TO REMAND** |

　　　The Court having considered Plaintiffs' Motion to Remand, the materials filed along with this motion, and Defendants Carmichael Care, Inc. and North American Health Care, Inc.'s

1

1 response to the motion, and good cause appearing therefor,
2     IT IS HEREBY ORDERED that the Motion is granted.
3     IT IS FURTHER ORDERED that this action be immediately
4 remanded to the Superior Court for the County of Sacramento.
5     IT IS SO ORDERED.
6 Dated: April 30, 2015

_____
JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE